**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| UNITED STATES OF AMERICA | 08-CR-401 |
| V. | |
| ETHEL J. HAROLD | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ETHEL J. HAROLD

| | |
|---|---|
| NAME (Type or print)<br>JOSEPH R. LOPEZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>S/JOSEPH R. LOPEZ | |
| FIRM  JOSEPH R. LOPEZ, LTD. | |
| STREET ADDRESS  53 W. JACKSON BLVD. SUITE 1122 | |
| CITY/STATE/ZIP  CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6186562 | TELEPHONE NUMBER (312) 922-2001 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL X     APPOINTED COUNSEL ☐ | |