# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 401 - 27 | DATE | 05/29/08 |
| CASE TITLE | USA vs. Ethel J Harold | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Enter order setting conditions of release.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|